# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-963
Lower Tribunal No. 19-CA-000780

———————————————

THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for the Certificateholders of the CWABS, Inc., Assets-Backed Certificates, Series 2007-13,

Appellant,

v.

ELIZABETH JIMENEZ, et al.,

Appellees.

———————————————

Appeal from the Circuit Court for Lee County.
Cynthia Pivacek, Judge.

November 7, 2023

PER CURIAM.

AFFIRMED.

WHITE, SMITH and MIZE, JJ., concur.


Nancy M. Wallace, of Akerman LLP, Tallahassee, William P. Heller and Marc J. Gottlieb, of Akerman LLP, Fort Lauderdale, and Heather L. Fesnak and Katherine E. Shepard, of Akerman LLP, of Tampa, for Appellant.

Andrew P. Marcus, of Law Office of Andrew P. Marcus, P.A., Fort Myers, for Appellee.

No Appearance for Appellees, Dwayne J. Perkins, Catherine Perkins a/k/a Catherine Margaret Perkins a/k/a Catherine Tuttle, Clerk of the Circuit Court of Lee County, Lee County, and MASS 5, LLC.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED